IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ALPHONSO JAMES, SR.,**

    Plaintiff,

vs.                                               4:06-CV-284-SPM

**BROOKE KENNERLY,**

    Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 4) dated October 23, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 4) is adopted and incorporated by reference in this order.

2. The motion to proceed in forma pauperis (doc. 3) is *denied* pursuant to 28 U.S.C. § 1915(g).

3. The complaint (doc. 1) is *dismissed* without prejudice.

**DONE AND ORDERED** this twenty-first day of December, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge